## Commonwealth *v.* Rinehart, Appellant.

Argued September 16, 1965. *James C. Hogan,* with him *Charles D. Hogan,* and *Hogan and Scott,* for appellant; *Bernard V. O'Hare, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.

## Commonwealth *v.* Sienkowski et al., Appellants.

Orders affirmed.

FLOOD, J., absent.